Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN PEREZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>    v.<br><br>IZEA, INC., EDWARD MURPHY, and LEANN C. HITCHCOCK,<br><br>Defendants. | Case No:<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Julian Perez ("Plaintiff"), individually and on behalf of all other persons similarly situated, by Plaintiff's undersigned attorneys, for Plaintiff's complaint against Defendants (defined below), alleges the following based upon personal knowledge as to Plaintiff and Plaintiff's own acts, and information and belief as to all other matters, based upon, inter alia, the investigation conducted by and through Plaintiff's attorneys, which included, among other things, a review of the defendants' public documents, conference calls and announcements made by defendants, United States Securities and Exchange Commission ("SEC") filings, wire

and press releases published by and regarding IZEA, Inc. ("IZEA" or the "Company"), analysts' reports and advisories about the Company, and information readily obtainable on the Internet. Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1.      This is a federal securities class action on behalf of a class consisting of all persons and entities other than Defendants who purchased or otherwise acquired the publicly traded securities of IZEA between May 15, 2015 and April 3, 2018, both dates inclusive (the "Class Period"). Plaintiff seeks to recover compensable damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder.

## JURISDICTION AND VENUE

2.      The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and §78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

3.      This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §1331 and §27 of the Exchange Act.

4.      Venue is proper in this Judicial District pursuant to §27 of the Exchange Act (15 U.S.C. §78aa) and 28 U.S.C. §1391(b) as IZEA conducts business and has offices in this Judicial District.

5.      In connection with the acts, conduct and other wrongs alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mail, interstate telephone communications and the facilities of the national securities exchange.

Class Action Complaint for Violation of the Federal Securities Laws

**PARTIES**

6.      Plaintiff, as set forth in the accompanying certification, incorporated by reference herein, purchased IZEA common stock during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

7.      Defendant IZEA is a Nevada corporation with operations located at 12655 W. Jefferson Blvd., 5th Floor, Los Angeles, California 90066. IZEA operates online marketplaces that facilitate transactions between marketers and content creators. The Company's securities are traded on NASDAQ under the ticker symbol "IZEA."

8.      Defendant Edward Murphy ("Murphy") founded IZEA in 2006 and served as its Chief Executive Officer ("CEO") and President at all relevant times.

9.      Defendant LeAnn C. Hitchcock ("Hitchcock") has been IZEA's Chief Financial Officer ("CFO") since August 2014.

10.      Defendants Murphy and Hitchcock are collectively referred to hereinafter as the "Individual Defendants."

11.      Each of the Individual Defendants:

(a)      directly participated in the management of the Company;

(b)      was directly involved in the day-to-day operations of the Company at the highest levels;

(c)      was privy to confidential proprietary information concerning the Company and its business and operations;

(d)      was directly or indirectly involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein;

Class Action Complaint for Violation of the Federal Securities Laws

(e)     was directly or indirectly involved in the oversight or implementation of the Company's internal controls;

(f)     was aware of or recklessly disregarded the fact that the false and misleading statements were being issued concerning the Company; and/or

(g)     approved or ratified these statements in violation of the federal securities laws.

12.    The Company is liable for the acts of the Individual Defendants and its employees under the doctrine of *respondeat superior* and common law principles of agency because all of the wrongful acts complained of herein were carried out within the scope of their employment.

13.    The scienter of the Individual Defendants and other employees and agents of the Company is similarly imputed to the Company under *respondeat superior* and agency principles.

14.    The Company and the Individual Defendants are referred to herein, collectively, as the "Defendants."

## SUBSTANTIVE ALLEGATIONS

### Background

15.    The Company has classified the self-service Content Workflow portion of its revenue in different ways throughout the Class Period.

16.    Beginning in January 2017, the Company had a specific category entitled "Content Workflow" revenue. The Company defined this as revenue from the self-service use of the Company's Ebyline platform by news agencies to handle their content workflow from initial content request to payment of content received.

17.    Prior to that, the Company stated that revenue from the Ebyline acquisition was classified as "Content Revenue."

Class Action Complaint for Violation of the Federal Securities Laws

**Materially False and Misleading**

**Statements Issued During the Class Period**

18.    On May 14, 2015, the Company filed a Form 10-Q for the quarter ended March 31, 2015 (the "1Q 2015 10-Q") with the SEC, which provided the Company's first quarter 2015 financial results and position. The 1Q 2015 10-Q was signed by Defendants Murphy and Hitchcock. The 1Q 2015 10-Q stated that the Company's disclosure controls and procedures were effective as of March 31, 2015.

19.    The 1Q 2015 10-Q contained certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX") signed by Defendants Murphy and Hitchcock attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

20.    The 1Q 2015 10-Q discussed the Company's revenue, cost of sales and gross profit margin:

**Revenues**

We derive revenue from four sources: revenue from an advertiser when it pays for a social media publisher or influencer such as a blogger or tweeter ("creators") to share sponsored content with their social network audience ("Sponsored Revenue"), revenue when a publisher or company purchases custom branded content for use on its owned and operated sites, as well as third party content marketing and native advertising efforts ("Content Revenue"), revenue from the posting of targeted display advertising ("Media Revenue") and revenue derived from various service and license fees charged to users of our platforms ("Service Fee Revenue").

The following table breaks down our revenue, cost of sales and profit margin by revenue stream as of the three months ended March 31, 2015 and 2014:

Class Action Complaint for Violation of the Federal Securities Laws

|  | Three Months Ended | | | |
|---|---|---|---|---|
|  | March 31, 2015 | | March 31, 2014 | |
| **Revenue** | | | | |
| Sponsored Revenue | $ 2,692,000 | 65% | $ 1,818,000 | 93% |
| IZEA Media | $ 43,000 | 1% | $ 58,000 | 3% |
| Content Revenue | $ 1,365,000 | 33% | $ — | —% |
| Service Fees & Other | $ 35,000 | 1% | $ 81,000 | 4% |
| Total Revenue | $ 4,135,000 | 100% | $ 1,957,000 | 100% |
| | | | | |
| **Cost of Sales** | | | | |
| Sponsored Revenue | $ 1,186,000 | 49% | $ 600,000 | 92% |
| IZEA Media | $ 22,000 | —% | $ 50,000 | 8% |
| Content Revenue | $ 1,233,000 | 51% | $ — | —% |
| Service Fees & Other | $ — | —% | $ — | —% |
| Total Cost of Sales | $ 2,441,000 | 100% | $ 650,000 | 100% |
| | | | | |
| **Gross Margin & GP%** | | | | |
| Sponsored Revenue | $ 1,506,000 | 56% | $ 1,218,000 | 67% |
| IZEA Media | $ 21,000 | 49% | $ 9,000 | 16% |
| Content Revenue | $ 132,000 | 10% | $ — | —% |
| Service Fees & Other | $ 35,000 | 100% | $ 81,000 | 100% |
| Total Profit | $ 1,694,000 | 41% | $ 1,308,000 | 67% |

21.    The Company further discussed cost of sales and that its gross profit was growing as compared to the same quarter in 2014:

Class Action Complaint for Violation of the Federal Securities Laws

**Cost of Sales and Gross Profit**

Our cost of sales is comprised primarily of amounts paid to our content creators for fulfilling a customer's request for content or advertising services to push that content through a blog post, tweet, click or action.

Cost of sales for the three months ended March 31, 2015 increased by $1,791,958, or 275.9%, compared to the same period in 2014.   The increase in cost of sales was primarily related to the increase in our sales and higher cost of those sales due to the acquisition of Ebyline in January 2015.

***Gross profit for the three months ended March 31, 2015 increased by $386,496, or 29.6%, compared to the same period in 2014.***  Our gross profit as a percentage of revenue decreased from 67% for the three months ended March 31, 2014 to 41% for the same period in 2015. The gross profit decrease during the three months ended March 31, 2015 compared to 2014 was primarily attributable to substantially lower profit margins on Content Revenue that was added to our product mix during the three months ended March 31, 2015, as well as increased participation by IZEAx partners.

The acquisition of Ebyline in January 2015 that currently generates Content Revenue at a gross profit of 10% on 33% of our total revenue has a significant affect on our overall gross profit percentage. Additionally, the addition of white label partners to IZEAx translates into lower margins on our Sponsored Revenue. White label partners receive a percentage of each transaction generated by users within their system. As a result, we expect that our total revenue will increase but our margins will decrease to an expected range of 30%-35%.

(Emphasis added.)

22.    On August 12, 2015, the Company filed a Form 10-Q for the quarter ended June 30, 2015 (the "2Q 2015 10-Q") with the SEC, which provided the Company's second quarter 2015 financial results and position. The 2Q 2015 10-Q

Class Action Complaint for Violation of the Federal Securities Laws

was signed by Defendants Murphy and Hitchcock. The 2Q 2015 10-Q stated that the Company's disclosure controls and procedures were effective as of June 30, 2015.

23.    The 2Q 2015 10-Q contained signed SOX certifications by Defendants Murphy and Hitchcock attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

24.    The 2Q 2015 10-Q discussed the Company's revenue, cost of sales and gross profit margin:

**Revenues**

The following table breaks down our approximate revenue, cost of sales and gross profit by revenue stream as of the three months ended June 30, 2015 and 2014:

| | Three Months Ended | | | |
| --- | --- | --- | --- | --- |
| | June 30, 2015 | June 30, 2015 | June 30, 2014 | June 30, 2014 |
| **Revenue** | | | | |
| Sponsored Revenue | $ 2,408,000 | 52% | $ 1,810,000 | 92% |
| Content Revenue | $ 2,155,000 | 47% | $ — | —% |
| Service Fees & Other | $ 65,000 | 1% | $ 159,000 | 8% |
| Total Revenue | $ 4,628,000 | 100% | $ 1,969,000 | 100% |
| | | | | |
| **Cost of Sales** | | | | |
| Sponsored Revenue | $ 1,001,000 | 34% | $ 649,000 | 99% |
| Content Revenue | $ 1,917,000 | 66% | $ — | —% |
| Service Fees & Other | $ — | —% | $ 7,000 | 1% |
| Total Cost of Sales | $ 2,918,000 | 100% | $ 656,000 | 100% |

Class Action Complaint for Violation of the Federal Securities Laws

| Gross Profit Margin & % | | | | | | |
|---|---|---|---|---|---|---|
| Sponsored Revenue | $ | 1,407,000 | 58% | $ | 1,161,000 | 64% |
| Content Revenue | $ | 238,000 | 11% | $ | — | —% |
| Service Fees & Other | $ | 65,000 | 100% | $ | 152,000 | 96% |
| Total Profit | $ | 1,710,000 | 37% | $ | 1,313,000 | 67% |

25.    The Company further discussed cost of sales, that its gross profit was growing as compared to the same quarter in 2014, and that its self-service workflow Content Revenue stream had a significant effect on the Company's gross profit percentage:

**Cost of Sales and Gross Profit**

Our cost of sales is comprised primarily of amounts paid to our content creators for fulfilling a customer's request for content or advertising services to push that content through a blog post, tweet, click or action.

Cost of sales for the three months ended June 30, 2015 increased by $2,260,704, or 344%, compared to the same period in 2014.   The increase in cost of sales was primarily related to the increase in our sales and higher cost on 47% of those sales related to Content Revenue.

***Gross profit for the three months ended June 30, 2015 increased by $397,803, or 30%, compared to the same period in 2014.***  Our gross profit as a percentage of revenue decreased from 67% for the three months ended June 30, 2014 to 37% for the same period in 2015. The gross profit decrease during the three months ended June 30, 2015 compared to 2014 was primarily attributable to substantially lower profit margins on Content Revenue that was added to our product mix during the three months ended June 30, 2015.

***During the three months ended June 30, 2015, we generated a gross profit of 11% on 47% of our total revenue related to sales of Content. Prior to being acquired by IZEA, Ebyline generated Content Revenue***

Class Action Complaint for Violation of the Federal Securities Laws

*primarily from newspaper and traditional publishers through their workflow platform on a self-service basis at a 7%-9% profit. After the acquisition, these customers still produce a significant amount of revenue, but we are increasing the sales of Content to brands on a managed basis and expect to see continued improvement in the Content margins. The mix of sales between our higher margin Sponsored Revenue and our lower margin Content Revenue (particularly the self-service workflow portion of this revenue) has a significant affect on our overall gross profit percentage.* As a result, we expect that our total revenue will increase but our margins will decrease to an expected range of 30%-35%.

(Emphasis added.)

26.    On November 16, 2015, the Company filed a Form 10-Q for the quarter ended September 30, 2015 (the "3Q 2015 10-Q") with the SEC, which provided the Company's third quarter 2015 financial results and position. The 3Q 2015 10-Q was signed by Defendants Murphy and Hitchcock. The 3Q 2015 10-Q stated that the Company's disclosure controls and procedures were effective as of September 30, 2015.

27.    The 3Q 2015 10-Q contained signed SOX certifications by Defendants Murphy and Hitchcock attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

28.    The 3Q 2015 10-Q discussed the Company's revenue, cost of sales and gross profit margin:

**Revenues**

The following table breaks down our approximate revenue, cost of sales and gross profit by revenue stream as of the three months ended September 30, 2015 and 2014:

Class Action Complaint for Violation of the Federal Securities Laws

|  | Three Months Ended | | | |
|---|---|---|---|---|
|  | September 30, 2015 | September 30, 2015 | September 30, 2014 | September 30, 2014 |
| **Revenue & % of Total** | | | | |
| Sponsored Revenue | $ 3,232,000 | 59% | $ 1,787,000 | 92% |
| Content Revenue | $ 2,166,000 | 40% | $ — | —% |
| Service Fees & Other | $ 45,000 | 1% | $ 145,000 | 8% |
|    Total Revenue | $ 5,443,000 | 100% | $ 1,932,000 | 100% |
|  | | | | |
| **Cost of Sales & % of Total** | | | | |
| Sponsored Revenue | $ 1,361,000 | 41% | $ 692,000 | 100% |
| Content Revenue | $ 1,930,000 | 59% | $ — | —% |
| Service Fees & Other | $ — | —% | $ — | —% |
|    Total Cost of Sales | $ 3,291,000 | 100% | $ 692,000 | 100% |
|  | | | | |
| **Gross Profit & Profit %** | | | | |
| Sponsored Revenue | $ 1,871,000 | 58% | $ 1,095,000 | 61% |
| Content Revenue | $ 236,000 | 11% | $ — | —% |
| Service Fees & Other | $ 45,000 | 100% | $ 145,000 | 100% |
|    Total Profit | $ 2,152,000 | 40% | $ 1,240,000 | 64% |

29.    The Company further discussed cost of sales, that its gross profit was growing as compared to the same quarter in 2014, and that its self-service workflow Content Revenue stream had a significant effect on the Company's gross profit percentage:

Class Action Complaint for Violation of the Federal Securities Laws

**Cost of Sales and Gross Profit**

Our cost of sales is comprised primarily of amounts paid to our content creators to provide content or advertising services through the pushing of sponsored content through a blog post, tweet, click or action.

Cost of sales for the three months ended September 30, 2015 increased by $2,598,240, or 375%, compared to the same period in 2014. The increase in cost of sales was primarily related to the increase in our sales and higher cost on 40% of those sales related to Content Revenue.

***Gross profit for the three months ended September 30, 2015 increased by $912,546, or 74%, compared to the same period in 2014.*** Our gross profit as a percentage of revenue decreased from 64% for the three months ended September 30, 2014 to 40% for the same period in 2015. The gross profit decrease during the three months ended September 30, 2015compared to 2014 was primarily attributable to substantially lower profit margins on Content Revenue that was added to our product mix during the three months ended September 30, 2015.

***During the three months ended September 30, 2015, we generated a gross profit of 11% on 40% of our total revenue related to sales of Content. Prior to being acquired by IZEA, Ebyline generated Content Revenue primarily from newspaper and traditional publishers through their workflow platform on a self-service basis at a 7%-9% profit. After the acquisition, these customers still produce a significant amount of revenue, but we are increasing the sales of Content to customers on a managed basis and expect to see continued improvement in the Content margins. The mix of sales between our higher margin Sponsored Revenue and our lower margin Content Revenue (particularly the self-service workflow portion of this revenue) has a significant affect on our overall gross profit percentage.*** As a result of the changes in our sales mix, we expect that our total revenue will increase but our margins will decrease to an expected range of 35%-40%.

(Emphasis added.)

30. On March 30, 2016, the Company filed its annual report for the fiscal year ended December 31, 2015 on Form 10-K (the "2015 10-K") with the SEC,

Class Action Complaint for Violation of the Federal Securities Laws

which provided the Company's annual financial results and position. The 2015 10-K was signed by Defendants Murphy and Hitchcock. The 2015 10-K also contained signed SOX certifications by Defendants Murphy and Hitchcock attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

31.    The 2015 10-K discussed the Company's revenue, cost of sales and gross profit:

**Revenues**

The following table breaks down our approximate revenue, cost of sales and gross profit by revenue stream as of the twelve months ended December 31, 2015 and 2014:

| | Twelve Months Ended | | | |
|---|---|---|---|---|
| | December 31, 2015 | December 31, 2015 | December 31, 2014 | December 31, 2014 |
| **Revenue & % of Total** | | | | |
| Sponsored Revenue | $   12,344,000 | 60% | $   7,633,000 | 92% |
| Content Revenue | 7,978,000 | 39% | — | —% |
| Service Fees & Other | 146,000 | 1% | 689,000 | 8% |
| Total Revenue | $   20,468,000 | 100% | $   8,322,000 | 100% |
| | | | | |
| **Cost of Sales & % of Total** | | | | |
| Sponsored Revenue | $   5,177,000 | 42% | $   2,846,000 | 100% |
| Content Revenue | 7,060,000 | 58% | — | —% |
| Service Fees & Other | — | —% | — | —% |
| Total Cost of Sales | $   12,237,000 | 100% | $   2,846,000 | 100% |

Class Action Complaint for Violation of the Federal Securities Laws

| **Gross Profit & Profit %** | | | | | |
|---|---|---|---|---|---|
| Sponsored Revenue | $ | 7,167,000 | 58% | $ | 4,787,000 | 63% |
| Content Revenue | | 918,000 | 12% | | — | —% |
| Service Fees & Other | | 146,000 | 100% | | 689,000 | 100% |
| Total Profit | $ | 8,231,000 | 40% | $ | 5,476,000 | 66% |

32.    The Company highlighted that its gross profit increased as compared to the same period in 2014 and that gross profits were being significantly affected by its self-service workflow Content Revenue stream:

**Cost of Sales and Gross Profit**

Our cost of sales is comprised primarily of amounts paid to our content creators to provide content or advertising services through the pushing of sponsored content through a blog post, tweet, click or action.

Cost of sales for the twelve months ended December 31, 2015 increased by $9,391,083, or 330.0%, compared to the same period in 2014. The increase in cost of sales was primarily related to the increase in our sales and higher cost on 39% of those sales related to Content Revenue.

***Gross profit for the twelve months ended December 31, 2015 increased by $2,754,569, or 50.3%, compared to the same period in 2014.*** Our gross profit as a percentage of revenue decreased from 66% for the twelve months ended December 31, 2014 to 40% for the same period in 2015. The gross profit decrease during the twelve months ended December 31, 2015 compared to 2014 was primarily attributable to substantially lower profit margins on Content Revenue that was added to our product mix during the twelve months ended December 31, 2015.

***During the twelve months ended December 31, 2015, we generated a gross profit of 12% on 39% of our total revenue related to sales of Content. Prior to being acquired by IZEA, Ebyline generated Content Revenue primarily from newspaper and traditional publishers through their workflow platform on a self-service basis at a 7% to 9% profit. After the acquisition, these customers still produce a significant***

Class Action Complaint for Violation of the Federal Securities Laws

*amount of revenue, but we are increasing the sales of Content to customers on a managed basis and expect to see continued improvement in the Content margins. The mix of sales between our higher margin Sponsored Revenue and our lower margin Content Revenue (particularly the self-service workflow portion of this revenue) has a significant affect on our overall gross profit percentage.* As a result of the changes in our sales mix, we expect that our margins will average 38% to 41% in future years.

(Emphasis added.)

33.    On May 11, 2016, the Company filed a Form 10-Q for the quarter ended March 31, 2016 (the "1Q 2016 10-Q") with the SEC, which provided the Company's first quarter 2016 financial results and position. The 1Q 2016 10-Q was signed by Defendants Murphy and Hitchcock. The 1Q 2016 10-Q stated that the Company's disclosure controls and procedures were effective as of March 31, 2016.

34.    The 1Q 2016 10-Q contained signed SOX certifications by Defendants Murphy and Hitchcock attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

35.    The 1Q 2016 10-Q discussed the Company's revenue, cost of sales and gross profit:

**Revenues**

The following table breaks down our approximate revenue, cost of sales and gross profit by revenue stream for the three months ended March 31, 2016 and 2015:

| | Three Months Ended | | | |
| --- | --- | --- | --- | --- |
| | March 31, 2016 | March 31, 2016 | March 31, 2015 | March 31, 2015 |
| **Revenue & % of Total** | | | | |

- 15 -

Class Action Complaint for Violation of the Federal Securities Laws

| | | | | |
|---|---|---|---|---|
| Sponsored Revenue | $ 2,895,000 | 53% | $ 2,735,000 | 66% |
| Content Revenue | 2,488,000 | 45% | 1,365,000 | 33% |
| Service Fees & Other Revenue | 83,000 | 2% | 35,000 | 1% |
| Total Revenue | $ 5,466,000 | 100% | $ 4,135,000 | 100% |
| | | | | |
| **Cost of Sales & % of Total** | | | | |
| Sponsored COS | $ 1,094,000 | 35% | $ 1,208,000 | 49% |
| Content COS | 2,007,000 | 65% | 1,233,000 | 51% |
| Service Fees & Other COS | — | —% | — | —% |
| Total Cost of Sales | $ 3,101,000 | 100% | $ 2,441,000 | 100% |
| | | | | |
| **Gross Profit & Profit %** | | | | |
| Sponsored Revenue | $ 1,801,000 | 62% | $ 1,527,000 | 56% |
| Content Revenue | 481,000 | 19% | 132,000 | 10% |
| Service Fees & Other Revenue | 83,000 | 100% | 35,000 | 100% |
| Total Profit | $ 2,365,000 | 43% | $ 1,694,000 | 41% |

36.    The Company further discussed cost of sales, that its gross profit was growing as compared to the same quarter in 2015, and that gross profits were being significantly affected by its self-service workflow Content Revenue stream:

**Cost of Sales and Gross Profit**

Our cost of sales is comprised primarily of amounts paid to our content creators to provide content or advertising services through the pushing of sponsored content through a blog post, tweet, click or action.

Cost of sales for the three months ended March 31, 2016 increased by $659,878, or 27.0%, compared to the same period in 2015.    The

Class Action Complaint for Violation of the Federal Securities Laws

increase in cost of sales proportionally increased primarily due to the increase in our sales.

***Gross profit for the three months ended March 31, 2016 increased by $670,578, or 39.6%, compared to the same period in 2015.*** Our gross profit as a percentage of revenue increased from 41% for the three months ended March 31, 2015 to 43% for the same period in 2016. Sponsored Revenue gross margin was 62% and Content Revenue was 19% for the three months ended March 31, 2016.

***The gross profit increase was primarily attributable to increased use of our managed services versus self-service content and sponsored social offerings. Prior to being acquired by IZEA, Ebyline generated Content Revenue primarily from newspaper and traditional publishers through their workflow platform on a self-service basis at a 7% to 9% profit. After the acquisition, these customers still produce a significant amount of revenue, but we are increasing the sales of Content Revenue to customers on a managed basis and expect to see continued improvement in the Content Revenue margins. The mix of sales between our higher margin Sponsored Revenue and our lower margin Content Revenue (particularly the self-service workflow portion of this revenue) has a significant affect on our overall gross profit percentage.***

For the three months ended March 31, 2016, managed services were 31.5% of Content Revenue compared to 9.0% for the three months ended March 31, 2015. Additionally, the margins on the managed portion of Content Revenue increased by twelve percentage points for the three months ended March 31, 2016 as we incorporated our standard pricing guidelines into new bookings that were closed in fourth quarter of fiscal 2015.

(Emphasis added.)

37.    On August 11, 2016, the Company filed a Form 10-Q for the quarter ended June 30, 2016 (the "2Q 2016 10-Q") with the SEC, which provided the Company's second quarter 2016 financial results and position. The 2Q 2016 10-Q was signed by Defendants Murphy and Hitchcock. The 2Q 2016 10-Q stated that the Company's disclosure controls and procedures were effective as of June 30, 2016.

Class Action Complaint for Violation of the Federal Securities Laws

38.     The 2Q 2016 10-Q contained signed SOX certifications by Defendants Murphy and Hitchcock attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

39.     The 2Q 2016 10-Q discussed the Company's revenue, cost of sales and gross profit:

**Revenues**

The following table breaks down our approximate revenue, cost of sales and gross profit by revenue stream for the three months ended June 30, 2016 and 2015:

| | (Unaudited) | | | |
| | Three Months Ended | | | |
| | June 30, 2016 | June 30, 2016 | June 30, 2015 | June 30, 2015 |
|---|---|---|---|---|
| **Revenue & % of Total** | | | | |
| Sponsored Revenue | $ 4,481,000 | 65% | $ 2,408,000 | 52% |
| Content Revenue | 2,339,000 | 34% | 2,155,000 | 47% |
| Service Fees & Other Revenue | 94,000 | 1% | 65,000 | 1% |
| Total Revenue | $ 6,914,000 | 100% | $ 4,628,000 | 100% |
| | | | | |
| **Cost of Sales & % of Total** | | | | |
| Sponsored COS | $ 1,647,000 | 48% | $ 1,001,000 | 34% |
| Content COS | 1,772,000 | 52% | 1,917,000 | 66% |
| Service Fees & Other COS | — | —% | — | —% |
| Total Cost of Sales | $ 3,419,000 | 100% | $ 2,918,000 | 100% |

Class Action Complaint for Violation of the Federal Securities Laws

| **Gross Profit & Profit %** | | | | |
|---|---|---|---|---|
| Sponsored Revenue | $ 2,834,000 | 63% | $ 1,407,000 | 58% |
| Content Revenue | 567,000 | 24% | 238,000 | 11% |
| Service Fees & Other Revenue | 94,000 | 100% | 65,000 | 100% |
| Total Profit | $ 3,495,000 | 51% | $ 1,710,000 | 37% |

40.    The Company further discussed cost of sales, that its gross profit was growing as compared to the same quarter in 2015, and that gross profits were being significantly affected by its self-service workflow Content Revenue stream:

**Cost of Sales and Gross Profit**

Our cost of sales is comprised primarily of amounts paid to our content creators to provide content or advertising services through the pushing of sponsored content through a blog post, tweet, click or action.

Cost of sales for the three months ended June 30, 2016 increased by $501,027, or 17%, compared to the same period in 2015. Cost of sales increased primarily due to the increase in our sales, but it was tempered by the improved margins on our managed services.

***Gross profit for the three months ended June 30, 2016 increased by $1,784,920, or 104%, compared to the same period in 2015.*** Our gross profit as a percentage of revenue increased from 37% for the three months ended June 30, 2015 to 51% for the same period in 2016. Sponsored Revenue gross margin was 63% and Content Revenue gross margin was 24% for the three months ended June 30, 2016.

***The gross profit increase was primarily attributable to increased use of our managed services versus self-service content and sponsored social offerings. Prior to being acquired by IZEA, Ebyline generated Content Revenue primarily from newspaper and traditional publishers through their workflow platform on a self-service basis at a 7% to 9% profit. After the acquisition, these customers still produce a significant***

*amount of revenue, but we are increasing the sales of Content Revenue to customers on a managed basis and expect to see continued improvement in the Content Revenue margins. The mix of sales between our higher margin Sponsored Revenue and our lower margin Content Revenue (particularly the self-service workflow portion of this revenue) has a significant effect on our overall gross profit percentage.*

. . . .

(Emphasis added.)

41.    On November 14, 2016, the Company filed a Form 10-Q for the quarter ended September 30, 2016 (the "3Q 2016 10-Q") with the SEC, which provided the Company's third quarter 2016 financial results and position. The 3Q 2016 10-Q was signed by Defendants Murphy and Hitchcock. The 3Q 2016 10-Q stated that the Company's disclosure controls and procedures were effective as of September 30, 2016.

42.    The 3Q 2016 10-Q contained signed SOX certifications by Defendants Murphy and Hitchcock attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

43.    The 3Q 2016 10-Q discussed the Company's revenue, cost of sales and gross profit:

**Revenues**

The following table breaks down our approximate revenue, cost of sales and gross profit by revenue stream for the three months ended September 30, 2016 and 2015:

Class Action Complaint for Violation of the Federal Securities Laws

| | | September 30, 2016 | September 30, 2016 | September 30, 2015 | September 30, 2015 |
|---|---|---|---|---|---|
| | | (Unaudited) | | | |
| | | Three Months Ended | | | |
| **Revenue & % of Total** | | | | | |
| Sponsored Revenue | $ | 4,644,000 | 62% | $ 3,232,000 | 59% |
| Content Revenue | | 2,770,000 | 37% | 2,166,000 | 40% |
| Service Fees & Other Revenue | | 83,000 | 1% | 45,000 | 1% |
| Total Revenue | $ | 7,497,000 | 100% | $ 5,443,000 | 100% |
| | | | | | |
| **Cost of Sales & % of Total** | | | | | |
| Sponsored COS | $ | 1,878,000 | 48% | $ 1,361,000 | 41% |
| Content COS | | 2,049,000 | 52% | 1,930,000 | 59% |
| Service Fees & Other COS | | — | —% | — | —% |
| Total Cost of Sales | $ | 3,927,000 | 100% | $ 3,291,000 | 100% |
| | | | | | |
| **Gross Profit & Profit %** | | | | | |
| Sponsored Revenue | $ | 2,766,000 | 60% | $ 1,871,000 | 58% |
| Content Revenue | | 721,000 | 26% | 236,000 | 11% |
| Service Fees & Other Revenue | | 83,000 | 100% | 45,000 | 100% |
| Total Profit | $ | 3,570,000 | 48% | $ 2,152,000 | 40% |

44.    The Company further discussed cost of sales, that its gross profit was growing as compared to the same quarter in 2015, and that gross profits were being significantly affected by its self-service workflow Content Revenue stream:

Class Action Complaint for Violation of the Federal Securities Laws

**Cost of Sales and Gross Profit**

Our cost of sales is comprised primarily of amounts paid to our content creators to provide content or advertising services through the promotion of sponsored content in a blog post, tweet, click or action.

Cost of sales for the three months ended September 30, 2016 increased by $636,822, or 19%, compared to the same period in 2015. Cost of sales increased primarily due to the increase in our sales, but it was tempered by the improved margins on our managed services.

***Gross profit for the three months ended September 30, 2016 increased by $1,417,693, or 66%, compared to the same period in 2015.*** Our gross profit as a percentage of revenue increased from 40% for the three months ended September 30, 2015 to 48% for the same period in 2016. Sponsored Revenue gross margin was 60% and Content Revenue gross margin was 26% for the three months ended September 30, 2016.

***The gross profit increase was primarily attributable to increased use of our managed services versus self-service content and sponsored social offerings. Prior to being acquired by IZEA, Ebyline generated Content Revenue primarily from newspaper and traditional publishers through their workflow platform on a self-service basis at a 7% to 9% profit. After the acquisition, these customers still produce a significant amount of revenue, but we are increasing the sales of Content Revenue to customers on a managed basis and expect to see continued improvement in the Content Revenue margins. The mix of sales between our higher margin Sponsored Revenue and our lower margin Content Revenue (particularly the self-service workflow portion of this revenue) has a significant effect on our overall gross profit percentage.***

. . . .

(Emphasis added.)

45.    On March 28, 2017, the Company filed its annual report for the fiscal year ended December 31, 2016 on Form 10-K (the "2016 10-K") with the SEC,

Class Action Complaint for Violation of the Federal Securities Laws

which provided the Company's annual financial results and position. The 2016 10-K was signed by Defendants Murphy and Hitchcock. The 2016 10-K also contained signed SOX certifications by Defendants Murphy and Hitchcock attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

46.   The 2016 10-K discussed the Company's revenue, cost of sales and gross profit:

**Revenues**

The following table breaks down our approximate revenue, cost of sales and gross profit by revenue stream for the twelve months ended December 31, 2016 and 2015:

| | Twelve Months Ended | | | |
| --- | --- | --- | --- | --- |
| | December 31, 2016 | December 31, 2016 | December 31, 2015 | December 31, 2015 |
| **Revenue & % of Total** | | | | |
| Sponsored Revenue | $ 16,704,000 | 61% | $ 12,230,000 | 60% |
| Content Revenue | 10,231,000 | 37% | 7,978,000 | 39% |
| Service Fees & Other Revenue | 375,000 | 2% | 260,000 | 1% |
| Total Revenue | $ 27,310,000 | 100% | $ 20,468,000 | 100% |
| | | | | |
| **Cost of Sales & % of Total** | | | | |
| Sponsored COS | $ 6,538,000 | 46% | $ 5,177,000 | 42% |
| Content COS | 7,704,000 | 54% | 7,060,000 | 58% |
| Service Fees & Other COS | — | —% | — | —% |
| Total Cost of Sales | $ 14,242,000 | 100% | $ 12,237,000 | 100% |

Class Action Complaint for Violation of the Federal Securities Laws

| **Gross Profit & Profit %** | | | | | |
|---|---|---|---|---|---|
| Sponsored Revenue | $ | 10,166,000 | 61% | $ 7,053,000 | 58% |
| Content Revenue | | 2,527,000 | 25% | 918,000 | 12% |
| Service Fees & Other Revenue | | 375,000 | 100% | 260,000 | 100% |
| Total Profit | $ | 13,068,000 | 48% | $ 8,231,000 | 40% |

47.    The Company discussed cost of sales, that its gross profit was growing as compared to the same period in 2015, and that gross profits were being significantly affected by its self-service workflow Content Revenue stream:

**Cost of Sales and Gross Profit**

Our cost of sales is comprised primarily of amounts paid to our content creators to provide custom content or advertising services through the promotion of sponsored content in a blog post, tweet, click or action.

Cost of sales for the twelve months ended December 31, 2016 increased by $2,005,328, or 16%, compared to the same period in 2015.  Cost of sales increased primarily due to the increase in our sales, but the increase was tempered by the improved margins on our managed services for Content Revenue.

***Gross profit for the twelve months ended December 31, 2016 increased by $4,837,348, or 59%, compared to the same period in 2015.***  Our gross profit as a percentage of revenue increased from 40% for the twelve months ended December 31, 2015 to 48% for the same period in 2016. Sponsored Revenue gross margin was 61% and Content Revenue gross margin was 25% for the twelve months ended December 31, 2016. We estimate that our average gross margins for the year ending December 31, 2017 will average approximately 47% to 48%.

***The gross profit increase was primarily attributable to increased use of our managed services by marketers and agencies. Prior to being acquired by IZEA, Ebyline generated Content Revenue primarily from newspaper and traditional publishers through their workflow platform***

Class Action Complaint for Violation of the Federal Securities Laws

*on a self-service basis at a 7% to 9% profit. After the acquisition, these customers still produce a significant amount of revenue, but we are increasing the sales of Content Revenue to customers on a managed basis and expect to see continued improvement in the Content Revenue margins. The mix of sales between our higher margin Sponsored Revenue and our lower margin Content Revenue (particularly the self-service workflow portion of this revenue) has a significant effect on our overall gross profit percentage.*

. . . .

 (Emphasis added.)

48.    On May 10, 2017, the Company filed a Form 10-Q for the quarter ended March 31, 2017 (the "1Q 2017 10-Q") with the SEC, which provided the Company's first quarter 2017 financial results and position. The 1Q 2017 10-Q was signed by Defendants Murphy and Hitchcock. The 1Q 2017 10-Q stated that the Company's disclosure controls and procedures were effective as of March 31, 2017.

49.    The 1Q 2017 10-Q contained signed SOX certifications by Defendants Murphy and Hitchcock attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

50.    The 1Q 2017 10-Q discussed the Company's revenue, cost of sales and gross profit:

The following table breaks down our approximate revenue, cost of sales and gross profit by revenue stream for the three months ended March 31, 2017 and 2016:

| | Three Months Ended | | | |
| --- | --- | --- | --- | --- |
| | March 31, 2017 | March 31, 2016 | $ Change | % Change |
| **Revenue & % of Total** | | | | |

- 25 -

Class Action Complaint for Violation of the Federal Securities Laws

| | | | | | | |
|---|---|---|---|---|---|---|
| Managed Services | $4,684,000 | 76% | $3,679,000 | 67% | $1,005,000 | 27.3 % |
| Content Workflow | 1,470,000 | 23% | 1,704,000 | 31% | (234,000) | (13.7)% |
| Service Fees & Other Revenue | 48,000 | 1% | 83,000 | 2% | (35,000) | (42.2)% |
|    Total Revenue | $6,202,000 | 100% | $5,466,000 | 100% | $ 736,000 | 13.5 % |
| | | | | | | |
| **Cost of Sales & % of Total** | | | | | | |
| Managed Services COS | $1,827,000 | 57% | $1,518,000 | 49% | $ 309,000 | 20.4 % |
| Content Workflow COS | 1,368,000 | 43% | 1,583,000 | 51% | (215,000) | (13.6)% |
| Service Fees & Other COS | — | —% | — | —% | — | 100.0 % |
|    Total Cost of Sales | $3,195,000 | 100% | $3,101,000 | 100% | $ 94,000 | 3.0 % |
| | | | | | | |
| **Gross Profit & Profit %** | | | | | | |
| Managed Services | $2,857,000 | 61% | $2,161,000 | 59% | $ 696,000 | 32.2 % |
| Content Workflow | 102,000 | 7% | 121,000 | 7% | (19,000) | (15.7)% |
| Service Fees & Other Revenue | 48,000 | 100% | 83,000 | 100% | (35,000) | (42.2)% |
|    Total Profit | $3,007,000 | 48% | $2,365,000 | 43% | $ 642,000 | 27.1 % |

51.    The Company further discussed cost of sales and that its gross profit was growing as compared to the same quarter in 2016:

**Cost of Sales and Gross Profit**

Our cost of sales is comprised primarily of amounts paid to our content creators to provide custom content or advertising services through the promotion or amplification of sponsored content in a blog post, tweet, click or action.

Cost of sales for the three months ended March 31, 2017 increased by $94,157, or 3%, compared to the same period in 2016.  Cost of sales

Class Action Complaint for Violation of the Federal Securities Laws

increased primarily due to the increase in our sales, but the increase was tempered by the improved margins on our Managed Services of custom content due to lower production costs after the acquisition of ZenContent in July 2016.

**_Gross profit for the three months ended March 31, 2017 increased by $642,399, or 27%, compared to the same period in 2016._** Our gross profit as a percentage of revenue increased from 43% for the three months ended March 31, 2016 to 48% for the same period in 2017. The gross margin on our Managed Services for influencer marketing or custom content services was 61%, while the gross margin on Content Workflow was 7% for the three months ended March 31, 2017. Prior to being acquired by IZEA in 2015, Ebyline generated revenue primarily from newspaper and traditional publishers through their workflow platform on a self-service basis at a fixed 7% to 9% profit. We do not actively sell or market Content Workflow to new customers due to the low margins and challenges facing the newspaper industry. After the acquisition, this revenue stream still contributes a significant portion of our revenue, but we utilize the content creators to promote the sale of custom content to our marketers on a managed basis. These services are sold at comparable margins to our influencer marketing services as we incorporated standard pricing guidelines during 2016.

The total gross profit increase was primarily attributable to the increase in revenue from our higher margin Managed Services versus reduced revenue from our lower margin Content Workflow. The mix of sales between our higher margin Managed Services and lower margin Content Workflow has a significant effect on our overall gross profit percentage.

(Emphasis added.)

52.    On August 10, 2017, the Company filed a Form 10-Q for the quarter ended June 30, 2017 (the "2Q 2017 10-Q") with the SEC, which provided the Company's second quarter 2017 financial results and position. The 2Q 2017 10-Q was signed by Defendants Murphy and Hitchcock. The 2Q 2017 10-Q stated that the Company's disclosure controls and procedures were effective as of June 30, 2017.

Class Action Complaint for Violation of the Federal Securities Laws

53.    The 2Q 2017 10-Q contained signed SOX certifications by Defendants Murphy and Hitchcock attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

54.    The 2Q 2017 10-Q discussed the Company's revenue, cost of sales and gross profit:

The following table illustrates our approximate revenue, cost of sales and gross profit by revenue stream for the three months ended June 30, 2017 and 2016:

| | Three Months Ended | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | June 30, 2017 | | June 30, 2016 | | $ Change | % Change |
| **Revenue & % of Total** | | | | | | |
| Managed Services | $5,593,000 | 80% | $5,225,000 | 76% | $368,000 | 7.0 % |
| Content Workflow | 1,362,000 | 20% | 1,595,000 | 23% | (233,000) | (14.6)% |
| Service Fees & Other Revenue | 26,000 | —% | 94,000 | 1% | (68,000) | (72.3)% |
| Total Revenue | $6,981,000 | 100% | $6,914,000 | 100% | $ 67,000 | 1.0 % |
| | | | | | | |
| **Cost of Sales & % of Total** | | | | | | |
| Managed Services COS | $2,175,000 | 63% | $1,939,000 | 57% | $236,000 | 12.2 % |
| Content Workflow COS | 1,268,000 | 37% | 1,480,000 | 43% | (212,000) | (14.3)% |
| Service Fees & Other COS | — | —% | — | —% | — | 100.0 % |
| Total Cost of Sales | $3,443,000 | 100% | $3,419,000 | 100% | $ 24,000 | 0.7 % |
| | | | | | | |
| **Gross Profit & Profit %** | | | | | | |
| Managed Services | $3,418,000 | 61% | $3,286,000 | 63% | $132,000 | 4.0 % |

Class Action Complaint for Violation of the Federal Securities Laws

| | | | | | | |
|---|---|---|---|---|---|---|
| Content Workflow | 94,000 | 7% | 115,000 | 7% | (21,000) | (18.3)% |
| Service Fees & Other Revenue | 26,000 | 100% | 94,000 | 100% | (68,000) | (72.3)% |
| Total Gross Profit | $3,538,000 | 51% | $3,495,000 | 51% | $ 43,000 | 1.2 % |

55.     The Company further discussed cost of sales and that its gross profit was growing as compared to the same quarter in 2016:

**Cost of Sales and Gross Profit**

Our cost of sales is comprised primarily of amounts paid to our content creators to provide custom content or advertising services through the promotion or amplification of sponsored content in a blog post, tweet, click or action.

Cost of sales for the three months ended June 30, 2017 increased by $23,794, or 1%, compared to the same period in 2016.  Cost of sales increased proportionally with the increase in our sales.

***Gross profit for the three months ended June 30, 2017 increased by $42,738, or 1%, compared to the same period in 2016.***  Our gross profit percentage was nearly the same in the three months ended June 30, 2017 compared to the same period in 2016. We are now consistently selling all of our managed custom content services at similar margins to our historical Managed Sponsored Revenue margins. Content Workflow gross margin was consistent at 7% for the three months ended June 30, 2017 and 2016.

The total gross profit increase was primarily attributable to the increase in revenue and contribution margin from our higher margin, Managed Services offset by reduced revenue from our lower margin, Content Workflow. Managed Services contributed approximately 97% to the gross profit during the three months ended June 30, 2017 compared to 94% during the three months ended June 30, 2016. The mix of sales between our higher margin, Managed Services and lower margin, Content Workflow has a significant effect on our overall gross profit percentage.

Class Action Complaint for Violation of the Federal Securities Laws

(Emphasis added).

56.    On November 7, 2017, the Company filed a Form 10-Q for the quarter ended September 30, 2017 (the "3Q 2017 10-Q") with the SEC, which provided the Company's third quarter 2017 financial results and position. The 3Q 2017 10-Q was signed by Defendants Murphy and Hitchcock. The 3Q 2017 10-Q stated that the Company's disclosure controls and procedures were effective as of September 30, 2017.

57.    The 3Q 2017 10-Q contained signed SOX certifications by Defendants Murphy and Hitchcock attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

58.    The 3Q 2017 10-Q discussed the Company's revenue, cost of sales and gross profit:

> The following table illustrates our approximate revenue, cost of sales and gross profit by revenue stream for the three months ended September 30, 2017 and 2016:

| | Three Months Ended | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | September 30, 2017 | | September 30, 2016 | | $ Change | % Change |
| **Revenue & % of Total** | | | | | | |
| Managed Services | $6,997,391 | 86% | $5,838,139 | 78% | $1,159,252 | 20 % |
| Content Workflow | 1,141,795 | 14% | 1,576,001 | 21% | (434,206) | (28)% |
| Service Fees & Other Revenue | 15,488 | —% | 82,832 | 1% | (67,344) | (81)% |
| Total Revenue | $8,154,674 | 100% | $7,496,972 | 100% | $   657,702 | 9 % |
| **Cost of Sales & % of Total** | | | | | | |

Class Action Complaint for Violation of the Federal Securities Laws

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Managed Services COS | $2,693,803 | 72% | $2,464,238 | 63% | $ | 229,565 | 9 % |
| Content Workflow COS | 1,064,818 | 28% | 1,463,041 | 37% | | (398,223) | (27)% |
| Service Fees & Other COS | — | —% | — | —% | | — | 100 % |
| Total Cost of Sales | $3,758,621 | 100% | $3,927,279 | 100% | $ | (168,658) | (4)% |
| | | | | | | | |
| **Gross Profit & Profit %** | | | | | | | |
| Managed Services | $4,303,588 | 62% | $3,373,901 | 58% | $ | 929,687 | 28 % |
| Content Workflow | 76,977 | 7% | 112,960 | 7% | | (35,983) | (32)% |
| Service Fees & Other Revenue | 15,488 | 100% | 82,832 | 100% | | (67,344) | (81)% |
| Total Gross Profit | $4,396,053 | 54% | $3,569,693 | 48% | $ | 826,360 | 23 % |

59.    The Company further discussed cost of sales and that its gross profit was growing as compared to the same quarter in 2016:

**Cost of Sales and Gross Profit**

Our cost of sales is comprised primarily of amounts paid to our content creators to provide custom content or advertising services through the promotion or amplification of sponsored content in a blog post, tweet, click or action.

Cost of sales for the three months ended September 30, 2017 decreased by $168,658, or approximately 4%, compared to the same period in 2016. Cost of sales decreased overall due to the decrease in Content Workflow. However, this decrease was tempered by the increase in costs on Managed Services as a result of the higher revenues generated during the quarter.

***Gross profit for the three months ended September 30, 2017 increased by $826,360, or approximately 23%, compared to the same period in 2016.*** Our gross profit percentage increased nearly 600 basis points in the three months ended September 30, 2017 compared to the same period in 2016. This increase is a result of the increased margins we are

Class Action Complaint for Violation of the Federal Securities Laws

receiving on our managed customer content services in 2017. Content Workflow gross margin was consistent at 7% for the three months ended September 30, 2017 and 2016.

The total gross profit increase was primarily attributable to the increase in revenue and contribution margin from our higher margin, Managed Services offset by reduced revenue from our lower margin, Content Workflow. Managed Services contributed approximately 98% to the gross profit during the three months ended September 30, 2017 compared to 95% during the three months ended September 30, 2016. The mix of sales between our higher margin, Managed Services and lower margin, Content Workflow has a significant effect on our overall gross profit percentage.

(Emphasis added).

60.    The statements contained in ¶¶18-59 were materially false and/or misleading because they misrepresented and failed to disclose the following adverse facts pertaining to the Company's business, operational and financial results, which were known to Defendants or recklessly disregarded by them. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (1) IZEA was misreporting revenue from the Company's Content Workflow services as gross amounts billed to marketers instead of on a net transaction basis; (2) the amount IZEA previously reported as gross profit on Content Workflow should be the amount reported as revenue; (3) IZEA lacked adequate internal controls; and (4) as a result, Defendants' public statements were materially false and misleading at all relevant times.

**The Truth Begins to Emerge**

61.    On April 2, 2018, the Company issued a press release entitled, "IZEA Postpones Announcement of Fourth Quarter and Full Year 2017 Earnings," stating the amount the Company previously reported as gross profit from Content Workflow should be the amount reported as revenue. The press release states, in relevant part:

Class Action Complaint for Violation of the Federal Securities Laws

ORLANDO, FL (April 2, 2018) – IZEA, Inc. (NASDAQ: IZEA), today announced that it will reschedule its earnings release and conference call to discuss its fourth quarter and full year 2017 financial results which was previously scheduled for Monday, April 2, 2018.

The company is in the process of working with its independent accounting firm to finalize its financial statements for fourth quarter and full year 2017.

In connection with the preparation of the company's Annual Report on Form 10-K for the fiscal year ended December 31, 2017, the company's Audit Committee of the Board of Directors (the "Audit Committee") determined that there was an error in accounting for revenue and cost of sales related to the self-service Content Workflow portion of the company's revenue. Historically, the company has reported revenue from the company's Content Workflow services as the gross amounts billed to marketers for their transactions. Upon further review, the Audit Committee determined that this portion of the company's revenue should have been reported on a net transaction basis. Therefore, the amount that the company previously reported as the gross profit on Content Workflow should be the amount reported as revenue.

As a result of additional review procedures necessitated by the accounting adjustments, the company needs additional time to file its Annual Report on Form 10-K for the year ended December 31, 2017 and plans to file a request for an extension on Form 12b-25 with the Securities and Exchange Commission.

IZEA will release its fourth quarter and full year 2017 financial results as soon as practicable. Management will provide updates on the timing of the earnings call as appropriate.

62.    On this news, shares of IZEA fell $0.66 per share or over 18% to close at $3.00 per share on April 2, 2018.

63.    On April 3, 2018, a Form 8-K was filed with the SEC stating the Company's financial statements from 2015 onward should no longer be relied upon, and that the amount the Company previously reported as gross profit on Content

- 33 -

Class Action Complaint for Violation of the Federal Securities Laws

Workflow should be the amount reported as revenue. The Form 8-K states, in relevant part:

> On March 31, 2018, the Company's Audit Committee of the Board of Directors (the "Audit Committee") concluded that the Company's previously issued financial statements included in its Annual Reports on Form 10-K for the years ended December 31, 2015 and 2016 and Quarterly Reports on Form 10-Q for each quarter for the years ended December 31, 2015 and 2016, and the first three quarters for year ended December 31, 2017 (collectively, the "Restated Periods") should no longer be relied upon.
>
> In connection with the preparation of the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2017, the Audit Committee determined that there was an error in accounting for revenue and cost of sales related to the self-service Content Workflow portion of the Company's revenue. Historically, the Company has reported revenue from the Company's Content Workflow services as the gross amounts billed to marketers for their transactions. Upon recommendation from the Company's management and further consideration, the Audit Committee determined that this portion of the Company's revenue should have been reported on a net transaction basis. Therefore, the amount that the Company previously reported as the gross profit on Content Workflow should be the amount reported as revenue. Previously, Content Workflow revenue was reported as gross billings of approximately $6.9 million and $6.5 million in 2015 and 2016, respectively. Content Workflow revenue on a net transaction basis is expected to be restated as approximately $500,000 and $500,000 in 2015 and 2016, respectively. The Company expects the Content Workflow revenue for 2017, as calculated on a net transaction basis, will be consistent with the trends disclosed with respect to gross profit on Content Workflow in the first three quarters of 2017.
>
> The Company is working toward filing its restated financial statements as soon as practicable. At this time, however, the Company cannot predict with certainty when the preparation of those prior period restated financial statements will be completed. Additionally, the Company can provide no assurance at this time that the restated consolidated financial

Class Action Complaint for Violation of the Federal Securities Laws

statements will not reflect additional accounting adjustments that arise as a result of the efforts described above.

64.    On this news, shares of IZEA fell $0.58 per share or over 19% to close at $2.42 per share on April 3, 2018.

## PLAINTIFF'S CLASS ACTION ALLEGATIONS

65.    Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired the publicly traded securities of IZEA during the Class Period (the "Class"); and were damaged upon the revelation of the alleged corrective disclosures. Excluded from the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

66.    The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, IZEA securities were actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by the Company or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

67.    Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

68.    Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and

Class Action Complaint for Violation of the Federal Securities Laws

1 securities litigation. Plaintiff has no interests antagonistic to or in conflict with those
2 of the Class.

3   69.  Common questions of law and fact exist as to all members of the Class
4 and predominate over any questions solely affecting individual members of the Class.
5 Among the questions of law and fact common to the Class are:

6   •  whether the federal securities laws were violated by Defendants' acts as
7   alleged herein;

8   •  whether statements made by Defendants to the investing public during
9   the Class Period misrepresented material facts about the financial condition,
10   business, operations, and management of the Company;

11   •  whether Defendants' public statements to the investing public during the
12   Class Period omitted material facts necessary to make the statements made, in
13   light of the circumstances under which they were made, not misleading;

14   •  whether the Individual Defendants caused the Company to issue false
15   and misleading SEC filings and public statements during the Class Period;

16   •  whether Defendants acted knowingly or recklessly in issuing false and
17   misleading SEC filings and public statements during the Class Period;

18   •  whether the prices of IZEA securities during the Class Period were
19   artificially inflated because of the Defendants' conduct complained of herein;
20   and

21   •  whether the members of the Class have sustained damages and, if so,
22   what is the proper measure of damages.

23   70.  A class action is superior to all other available methods for the fair and
24 efficient adjudication of this controversy since joinder of all members is
25 impracticable. Furthermore, as the damages suffered by individual Class members
26 may be relatively small, the expense and burden of individual litigation make it
27 impossible for members of the Class to individually redress the wrongs done to them.
28 There will be no difficulty in the management of this action as a class action.

Class Action Complaint for Violation of the Federal Securities Laws

71.     Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

- the omissions and misrepresentations were material;

- IZEA securities are traded in efficient markets;

- the Company's securities were liquid and traded with moderate to heavy volume during the Class Period;

- the Company traded on the NASDAQ, and was covered by multiple analysts;

- the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; and

- Plaintiff and members of the Class purchased and/or sold IZEA securities between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

72.     Based upon the foregoing, Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

73.     Alternatively, Plaintiff and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

Class Action Complaint for Violation of the Federal Securities Laws

# COUNT I

## Violation of Section 10(b) of The Exchange Act and Rule 10b-5
## Against All Defendants

74.     Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

75.     This Count is asserted against the Company and the Individual Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

76.     During the Class Period, the Company and the Individual Defendants, individually and in concert, directly or indirectly, disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

77.     The Company and the Individual Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they:

•     employed devices, schemes and artifices to defraud;

•     made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

•     engaged in acts, practices and a course of business that operated as a fraud or deceit upon plaintiff and others similarly situated in connection with their purchases of IZEA securities during the Class Period.

78.     The Company and the Individual Defendants acted with scienter in that they knew that the public documents and statements issued or disseminated in the name of the Company were materially false and misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated, or acquiesced in the issuance or

- 38 -

dissemination of such statements or documents as primary violations of the securities laws. These defendants by virtue of their receipt of information reflecting the true facts of the Company, their control over, and/or receipt and/or modification of the Company's allegedly materially misleading statements, and/or their associations with the Company which made them privy to confidential proprietary information concerning the Company, participated in the fraudulent scheme alleged herein.

79.    Individual Defendants, who are the senior officers and/or directors of the Company, had actual knowledge of the material omissions and/or the falsity of the material statements set forth above, and intended to deceive Plaintiff and the other members of the Class, or, in the alternative, acted with reckless disregard for the truth when they failed to ascertain and disclose the true facts in the statements made by them or other personnel of the Company to members of the investing public, including Plaintiff and the Class.

80.    As a result of the foregoing, the market price of IZEA securities was artificially inflated during the Class Period. In ignorance of the falsity of the Company's and the Individual Defendants' statements, Plaintiff and the other members of the Class relied on the statements described above and/or the integrity of the market price of IZEA securities during the Class Period in purchasing IZEA securities at prices that were artificially inflated as a result of the Company's and the Individual Defendants' false and misleading statements.

81.    Had Plaintiff and the other members of the Class been aware that the market price of IZEA securities had been artificially and falsely inflated by the Company's and the Individual Defendants' misleading statements and by the material adverse information which the Company's and the Individual Defendants did not disclose, they would not have purchased IZEA securities at the artificially inflated prices that they did, or at all.

82.    As a result of the wrongful conduct alleged herein, Plaintiff and other members of the Class have suffered damages in an amount to be established at trial.

Class Action Complaint for Violation of the Federal Securities Laws

83.     By reason of the foregoing, the Company and the Individual Defendants have violated Section 10(b) of the 1934 Act and Rule 10b-5 promulgated thereunder and are liable to the Plaintiff and the other members of the Class for substantial damages which they suffered in connection with their purchases of IZEA securities during the Class Period.

## COUNT II

### Violation of Section 20(a) of The Exchange Act
### Against The Individual Defendants

84.     Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

85.     During the Class Period, the Individual Defendants participated in the operation and management of the Company, and conducted and participated, directly and indirectly, in the conduct of the Company's business affairs. Because of their senior positions, they knew the adverse non-public information regarding the Company's business practices.

86.     As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to the Company's financial condition and results of operations, and to correct promptly any public statements issued by the Company which had become materially false or misleading.

87.     Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which the Company disseminated in the marketplace during the Class Period. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause the Company to engage in the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of the Company within the meaning of Section 20(a) of the

Class Action Complaint for Violation of the Federal Securities Laws

Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of IZEA securities.

88.     Each of the Individual Defendants, therefore, acted as a controlling person of the Company. By reason of their senior management positions and/or being directors of the Company, each of the Individual Defendants had the power to direct the actions of, and exercised the same to cause, the Company to engage in the unlawful acts and conduct complained of herein. Each of the Individual Defendants exercised control over the general operations of the Company and possessed the power to control the specific activities which comprise the primary violations about which Plaintiff and the other members of the Class complain.

89.     By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by the Company.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

A.     Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiff as the Class representative;

B.     Requiring Defendants to pay damages sustained by Plaintiff and the Class by reason of the acts and transactions alleged herein;

C.     Awarding Plaintiff and the other members of the Class prejudgment and post-judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D.     Awarding such other and further relief as this Court may deem just and proper.

- 41 -

Class Action Complaint for Violation of the Federal Securities Laws

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury.

Dated: April 4, 2018                     Respectfully submitted,


                                         **THE ROSEN LAW FIRM, P.A.**

                                         By: /s/ Laurence M. Rosen
                                         Laurence M. Rosen, Esq. (SBN 219683)
                                         355 S. Grand Avenue, Suite 2450
                                         Los Angeles, CA 90071
                                         Telephone: (213) 785-2610
                                         Facsimile: (213) 226-4684
                                         Email: lrosen@rosenlegal.com


                                         Counsel for Plaintiff

Class Action Complaint for Violation of the Federal Securities Laws