1
2
3
4
5
6
7
8




9
10

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| JULIAN PEREZ, individually and on behalf of all other similarly situated, | No. 2:18-cv-02784-SVW-GJS |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER STAYING ALL DEADLINES PENDING COMPLETION OF THE SETTLEMENT PROCESS** |
| v. | |
| IZEA, INC., EDWARD MURPHY, and LEANN C. HITCHCOCK, | |
| Defendants. | |

1

1 PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that all deadlines in this action shall be stayed pending completion of the settlement process.

Dated: Oct 11, 2018

The Hon. Stephen V. Wilson
United States District Judge