Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

William B. Federman (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10204 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

*Co-Lead Counsel for Lead Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN PEREZ, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IZEA, INC., EDWARD MURPHY, and LEANN C. HITCHCOCK,<br><br>Defendants. | No. 2:18-cv-02784-SVW-GJS<br><br>CLASS ACTION<br><br>**NOTICE AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   May 13, 2019<br>Time:  1:30 p.m.<br>Place:  Courtroom 10A<br>Judge:  Hon. Stephen V. Wilson |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLEASE TAKE NOTICE that Lead Plaintiffs Steven Highfill, Saverio La Francesca, and Jasdeep Condle (collectively "Plaintiffs") hereby move the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an Order: (1) granting preliminary approval of the proposed settlement (the "Settlement"), on the terms set forth in the Stipulation of Settlement and the exhibits attached thereto, dated April 15, 2019 (submitted herewith); (2) directing that potential Class Members be given notice of the proposed Settlement in substantially the same form and manner set forth in the Stipulation; (3) setting a hearing date for the Court to consider final approval of the proposed Settlement; and (4) setting a schedule for various events related thereto.

Pursuant to Local Rule 7-3, Lead Counsel has met and conferred with counsel for Defendants, and Defendants do not oppose this motion. The parties do not believe a hearing is necessary on this unopposed motion for preliminary approval of the Settlement, and may be submitted on the papers. Should a hearing be requested by the Court, this motion is noticed for hearing at 1:30 p.m. on May 13, 2019, or at the Court's convenience, before the Honorable Stephen V. Wilson of the United States District Court for the Central District of California, Courtroom 10A, 350 W. 1st Street, Los Angeles, CA 90012.

In support of this Unopposed Motion, Plaintiff relies on the Stipulation of Settlement and the exhibits attached thereto, the Memorandum of Points and Authorities in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement, and the Declaration of William B. Federman in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement.

Dated: April 15, 2019                        Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

**FEDERMAN & SHERWOOD**
William B. Federman
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
Email: wbf@federmanlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On April 15, 2019, I electronically filed the foregoing NOTICE AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 15, 2019.


/s/ Laurence M. Rosen
Laurence M. Rosen

4