1 Laurence M. Rosen, Esq. (SBN 219683)
2 **THE ROSEN LAW FIRM, P.A.**
  355 South Grand Avenue, Suite 2450
3 Los Angeles, CA 90071
4 Telephone: (213) 785-2610
  Facsimile: (213) 226-4684
5 Email: lrosen@rosenlegal.com

6
7 William B. Federman (admitted *pro hac vice*)
  **FEDERMAN & SHERWOOD**
8 10204 N. Pennsylvania Avenue
  Oklahoma City, OK 73120
9 Telephone: (405) 235-1560
10 Facsimile: (405) 239-2112

11 *Co-Lead Counsel for Lead Plaintiffs*
12
13              UNITED STATES DISTRICT COURT
14              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15 JULIAN PEREZ, individually and on behalf of all other similarly situated, | Case No: 2:18-cv-02784-SVW-GJS |
| 16 | |
| 17 Plaintiff, | **NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION** |
| 18 v. | |
| 19 | |
| 20 IZEA, INC., EDWARD MURPHY, and LEANN C. HITCHCOCK, | Date: September 23, 2019 |
| 21 | Time: 1:30 p.m. |
| 22 Defendants. | Ctrm.: Courtroom 10A |
| 23 | Judge: Hon. Stephen V. Wilson |

24
25
26
27
28

- 1 -
NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
AND PLAN OF ALLOCATION; 2:18-cv-02784-SVW-GJS

1    Lead Plaintiffs Steven Highfill, Saverio La Francesca, and Jasdeep Condle
2    (collectively "Plaintiffs"), individually and on behalf of the proposed settlement class,
3    respectfully submit this Motion for Final Approval of Class Action Settlement and Plan
4    of Allocation.

5    PLEASE TAKE NOTICE that on September 23, 2019, at 1:30 p.m., in the
6    United States District Court for the Central District of California, Plaintiffs will and
7    hereby do move the Court for an order: (i) finally approving the settlement Plaintiff has
8    reached with defendant IZEA, Inc., Edward Murphy, and Leann C. Hitchock
9    ("Defendants"); (ii) approving the proposed Plan of Allocation; and (iii) dismissing
10   claims against Defendants, approving the release of claims against all released parties,
11   entering judgment, and awarding attorneys' fees and expenses to lead counsel. This
12   motion is based upon this Notice of Motion, Motion, the Declaration of Laurence M.
13   Rosen and all exhibits attached thereto, the Memorandum of Points and Authorities, all
14   records and papers on file in this action, and any argument offered at a hearing on this
15   motion.

16   Defendants do not oppose this motion.

17

18   Dated: August 23, 2019                 Respectfully submitted,

19
20                                           **THE ROSEN LAW FIRM, P.A.**
21                                           /s/ Laurence M. Rosen
22                                           Laurence M. Rosen, Esq. (SBN 219683)
                                             355 South Grand Avenue, Suite 2450
23                                           Los Angeles, CA 90071
                                             Telephone: (213) 785-2610
24                                           Facsimile: (213) 226-4684
25                                           Email: lrosen@rosenlegal.com
26

27

28

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FEDERMAN & SHERWOOD**
William B. Federman
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
Email: wbf@federmanlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
AND PLAN OF ALLOCATION; 2:18-cv-02784-SVW-GJS

1

**CERTIFICATE OF SERVICE**

2          I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

3    I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South

4    Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

5          On August 23, 2019, I electronically filed the foregoing NOTICE OF MOTION

6    AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

7    AND PLAN OF ALLOCATION with the Clerk of the Court using the CM/ECF system

8    which sent notification of such filing to counsel of record.

9

10   Executed on August 23, 2019.

11

12

13                                              /s/ Laurence M. Rosen
                                                Laurence M. Rosen
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
AND PLAN OF ALLOCATION; 2:18-cv-02784-SVW-GJS