Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

William B. Federman (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10204 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

*Co-Lead Counsel for Lead Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN PEREZ, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IZEA, INC., EDWARD MURPHY, and LEANN C. HITCHCOCK,<br><br>Defendants. | Case No: 2:18-cv-02784-SVW-GJS<br><br>**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO LEAD PLAINTIFFS**<br><br>Date: September 23, 2019<br>Time: 1:30 p.m.<br>Ctrm.: Courtroom 10A<br>Judge: Hon. Stephen V. Wilson |

1  Lead Plaintiffs Steven Highfill, Saverio La Francesca, and Jasdeep Condle
2  (collectively "Plaintiffs"), individually and on behalf of the proposed settlement class,
3  respectfully submits this Motion for an Award of Attorneys' Fees, Reimbursement of
4  Expenses, and an Award to Lead Plaintiffs.
5  PLEASE TAKE NOTICE that on September 23, 2019, at 1:30 p.m., in the
6  United States District Court for the Central District of California, Plaintiffs will and
7  hereby do move the Court for an order awarding attorneys' fees, reimbursement of
8  reasonable expenses, and an award for Lead Plaintiffs for services rendered to the
9  Settlement Class. This motion is based upon this Notice of Motion, Motion, the
10 Declaration of Laurence M. Rosen and all exhibits attached thereto, the Memorandum
11 of Points and Authorities, all records and papers on file in this action, and any argument
12 offered at a hearing on this motion.
13 Defendants do not oppose this motion.

14 Dated: August 23, 2019                Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

**FEDERMAN & SHERWOOD**
William B. Federman
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
Email: wbf@federmanlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On August 23, 2019, I electronically filed the foregoing NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO LEAD PLAINTIFFS with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on August 23, 2019.

/s/ Laurence M. Rosen
Laurence M. Rosen

NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO LEAD PLAINTIFFS; 2:18-cv-02784-SVW-GJS